# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

ROBERT SMITH, }
      Plaintiff, }
}
vs. } No. _____
}
ROBERT WILKIE, Secretary of }
U.S. DEPARTMENT OF VETERAN }
AFFAIRS, }
}
      Defendant. } **JURY DEMANDED**

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION
## ON THE BASIS OF RACE, COLOR, AGE AND RETALIATION

Plaintiff, by and through his attorney, Gilpin Law Firm, LLC (Donald G. Gilpin and Christopher P. Machin), allege and state:

## JURISDICTION AND VENUE

1. This action is brought by Plaintiff to remedy discrimination and retaliation on the basis of race, color and age in the terms, conditions, and privileges of employment in violation of the Civil Rights Act of 1964 as amended, 42 U.S.C. Section 2000e et. seq and the AADA. Further, Plaintiff seeks damages and other appropriate legal relief.

2. Plaintiff Robert Smith ("Smith") is currently a resident of Albuquerque, New Mexico.

3. Upon information and belief, Defendant Robert Wilkie is the Secretary of the U.S. Department of Veterans Affairs (VA), and is a governmental entity. Defendant is an Employer within the meaning of the Title VII.

4. Venue is proper because all the unlawful practices complained of herein occurred within the District of New Mexico.

5. Plaintiff has exhausted his administrative remedies and received his Notice of Right to Sue.

## ALLEGATIONS

6. Smith began his employment with the federal government on May 5, 2002.

7. Smith is employed as a GS-13 with the Veterans Administration. Smith is employed as an IT Supervisor.

8. Smith is African American and color Black.

9. Smith is 63 years old.

10. Beginning in December of 2019, Smith has been subjected to a hostile work environment.

11. The hostile work environment consists of: 1) being criticized for performance; 2) being subjected to a heavy work load compared to other IT personnel, 3) being downgraded in annual performance evaluation, 4) being blamed for failed projects that Plaintiff is not assigned, 5) being left out of important daily meetings or emails making it difficult to perform his duties, and 6) being demeaned and humiliated in front of peers.

12. As a result of Defendant's actions, Smith has suffered harm in the form of lost wages and benefits.

13. As a result of Defendant's actions, Smith has suffered harm in the form of emotional distress and incurred costs.

## **COUNT I. RACE DISCRIMINATION**

14. Plaintiff Smith repeats and realleges each and every allegation contained in paragraphs 1 through 13 of this complaint with the same force and effect as if set forth herein.

15. Defendant was discriminated against Smith in the terms and conditions of his employment on the basis of his race in violation of Title VII.

16. The discrimination is based on the facts alleged above.

17. Smith has suffered and will continue to suffer irreparable injury and monetary damages as a result of Defendant's discriminatory practices unless and until this Court grants relief.

## **COUNT II. COLOR DISCRIMINATION**

18. Plaintiff Smith repeats and realleges each and every allegation contained in paragraphs 1 through 13 of this complaint with the same force and effect as if set forth herein.

19. Defendant was discriminated against Smith in the terms and conditions of his employment on the basis of his color in violation of Title VII.

20. The discrimination is based on the facts alleged above.

21. Smith has suffered and will continue to suffer irreparable injury and monetary damages as a result of Defendant's discriminatory practices unless and until this Court grants relief.

## COUNT II. AGE DISCRIMINATION

22. Plaintiff Smith repeats and realleges each and every allegation contained in paragraphs 1 through 13 of this complaint with the same force and effect as if set forth herein.

23. Defendant was discriminated against Smith in the terms and conditions of his employment on the basis of his age in violation of ADEA.

24. The discrimination is based on the facts alleged above.

25. Smith has suffered and will continue to suffer irreparable injury and monetary damages as a result of Defendant's discriminatory practices unless and until this Court grants relief.

## COUNT VI. RETALIATION

26. Plaintiff Smith repeats and realleges each and every allegation contained in paragraphs 1 through 33 of this complaint with the same force and effect as if set forth herein.

27. Defendant retaliated against Smith in the terms and conditions of his employment in violation of Title VII for opposing discriminatory practices in the workplace.

28. The retaliation is based on the facts alleged above.

29. Smith has suffered and will continue to suffer irreparable injury and monetary damages as a result of Defendant's discriminatory practices unless and until this Court grants relief.

## JURY DEMAND

30. Plaintiff requests a trial by jury.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter a judgment:

(A) Awarding Plaintiff compensatory damages that would make him whole for all earnings he would have received but for Defendant's discriminatory and retaliatory treatment, including but not limited to, wages, pension, and other benefits;

(B) Awarding Plaintiff the costs for this action together with reasonable attorney's fees as provided by the ADEA and Title VII;

(C) Awarding Plaintiff compensatory damages for his mental anguish and humiliation;

(D) Awarding Plaintiff special compensatory damages; and

(E) Granting such other and further relief as this Court deems necessary and proper.

        Respectfully submitted,

        GILPIN LAW FIRM, LLC

        ***/s/ Donald G. Gilpin)***
        Donald G. Gilpin
        Christopher P. Machin
        6757 Academy Road, NE, Suite B
        Albuquerque, NM 87109
        (505) 244-3861
        (505) 254-0044 Fax
        *Attorneys for Plaintiff*