IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT SMITH,

    Plaintiff,

v.

                                                                        Civ. No. 20-1321 KK/JFR

DENIS MCDONOUGH, Secretary of
U.S. Department of Veterans Affairs,

    Defendant.

## **FINAL JUDGMENT**

    In accordance with Federal Rule of Civil Procedure 58(a) and consistent with the Court's Memorandum Opinion and Order (Doc. 100), filed March 29, 2024, and Memorandum Opinion and Order (Doc. 103), filed May 31, 2024, granting Defendant summary judgment on all of Plaintiff's claims, this matter is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent